IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CODY LEE CHILSON,<br><br>                Defendant. | 8:21CR103<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

      The defendant appeared before the Court on August 11, 2023 regarding Petition for Offender Under Supervision [55].  Karen Shanahan represented the defendant on behalf of Jeffrey Thomas.  Kelli Ceraolo represented the government on behalf of Jody Mullis.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant is being released pending a final dispositional hearing.  Therefore, the defendant does not have a right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:30 p.m. on September 28, 2023.

      The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision.

      **IT IS SO ORDERED**.

      Dated this 11th day of August, 2023.

                                                                              BY THE COURT:

                                                                              s/ Michael D. Nelson<br>
                                                                              United States Magistrate Judge